## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SKULYNKEE BLACK-ALLEN**                                    **PLAINTIFF**

**v.**                              **No. 3:26-cv-182-DPM**

**APRIL STOKES, Supervisor,**
**Department of Human Services;**
**CARRIE RICHARDSON, Case Worker,**
**Department of Human Services;**
**CURT COOPER, Jail Administrator,**
**Jackson County Jail;   EMMA COE,**
**Jailer/C.O., Jackson County Jail;**
**JACKSON COUNTY JAIL**                                      **DEFENDANTS**

### ORDER

1.    Black-Allen hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*.   She must do one or the other by 2 August 2026.   If she doesn't, her case will be dismissed without prejudice.   LOCAL RULE 5.5(c)(2).

2.    The Court directs the Clerk to mail Black-Allen an application to proceed *in forma pauperis* and a blank § 1983 form.   If the Court grants her permission to proceed *in forma pauperis*, then the administrative fee will be waived, but she will have to pay the $350 filing fee in monthly installments taken from her prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

2 July 2026